UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD.,<br><br>          Plaintiff,<br><br>vs.<br><br>HAI-GIANG DUONG NGUYEN, individually and dba Café Asia; KIM NGUYEN, individually and dba Café Asia,<br><br>          Defendant. | CASE NO. 01-8919-WDK<br><br>RENEWAL OF DEFAULT JUDGMENT<br>BY CLERK |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendants HAI-GIANG DUONG NGUYEN and KIM NGUYEN, individually and dba Café Asia [copy attached] is hereby renewed in the amounts as set forth below:

Renewal of money judgment

a. Total judgment                                $4,100.00
b. Costs after judgment                     $ -0-
c. Attorneys fees:                          $ -0-
d. Subtotal (*add a and b*)                $4,100.00
e. Credits after judgment                $ -0-
f. Subtotal (*subtract d from c*)       $4,100.00

| | |
|---|---|
| g. Interest after judgment | $1,025.00 |
| h. Fee for filing renewal application | $ -0- |
| i. **Total renewed judgment** *(add e. 5, and g)* | $5,125.00 |

DATED: _01/11/12_____                    Lori Muraoka, Deputy Clerk

                                             Clerk, U.S. District Court