1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

11   KINGVISION PAY-PER-VIEW,      )    CASE NO. 01-8919-WDK
     LTD.,                          )

12              Plaintiff,          )    RENEWAL OF DEFAULT JUDGMENT
                                    )    BY CLERK
13   vs.                            )

14   HAI-GIANG DUONG NGUYEN,        )
     individually and dba Café Asia; )
15   KIM NGUYEN, individually and   )
     dba Café Asia,                 )
16                                  )
            Defendant.              )
17   _____)

18       Based upon the application for renewal of the judgment of the original

19   judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320,

20   and for good cause appearing, therefore,

21       The judgment to and against Defendants HAI-GIANG DUONG NGUYEN

22   and KIM NGUYEN, individually and dba Café Asia [copy attached] is hereby

23   renewed in the amounts as set forth below:

24       Renewal of money judgment

25       a. Total judgment                    $4,100.00
         b. Costs after judgment              $  -0-
26       c. Attorneys fees:                   $  -0-
         d. Subtotal (*add a and b*)          $4,100.00
27       e. Credits after judgment            $  -0-
         f. Subtotal (*subtract d from c*)    $4,100.00
28

|   |   |
|---|---|
| g.  Interest after judgment | $1,025.00 |
| h.  Fee for filing renewal application | $   -0- |
| i.  **Total renewed judgment** *(add e. 5, and g)* | $5,125.00 |

DATED: _01/11/12_____

Lori Muraoka, Deputy Clerk

Clerk, U.S. District Court