FOR OFFICE USE ONLY

Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

KINGVISION PAY-PER-VIEW, LTD.,

    Plaintiff,    vs.

HAI-GIANG DUONG NGUYEN, et al,

    Defendant,

Case No.: 2:01-CV-08919-WDK-SH

**RENEWAL OF JUDGMENT BY CLERK**

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, Kingvision Pay-Per-View, Ltd., and against Defendant, Hai-Giang Duong Nguyen individually and dba Café Asia and, Kim Nguyen individually and dba Café Asia, entered on April 16, 2002 and renewed January 11, 2012, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---:|
| a. | Total judgment | $ | 5,125.00 |
| b. | Costs after judgment | $ | 00.00 |
| c. | Subtotal *(add a and b)* | $ | **5,125.00** |
| d. | Credits | $ | 4,740.00 |
| e. | Subtotal *(subtract d from c)* | $ | **385.00** |
| f. | Interest after judgment (.12%) | $ | 40.44 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| h. | Total renewed judgment (add e, f and g) | $ | **425.44** |

Dated: December 3, 2021

CLERK, by Deputy _Sharon Hall Brown_ (signature)
Kiry A. Gray,
Clerk of U.S. District Court

Renewal of Judgment